UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| HEATHER MAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | |
| v. | ) | 1:11-CV-3160 |
| | ) | |
| CITY OF JONESBORO, GEORGIA | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION TO DISMISS WITH PREJUDICE

The undersigned counsel for all parties hereby agree and jointly move that the above-styled action be dismissed with prejudice.

Respectfully submitted this 15th day of May, 2012.

 /s/ Nichole L. Hair
Counsel for Defendant
Jack G. Slover, Jr.
Georgia Bar No. 653025
Nichole L. Hair
Georgia Bar No. 474182
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
404 954 5000

 /s/ Melissa Malcom
Counsel for Plaintiff
Melissa P. Malcom, LLC
Georgia Bar No. 467011
101 Hampton Street
P.O. Box 1630
McDonough, GA  30253
678-833-9178

## **CERTIFICATION**

I do hereby certify that this document has been prepared in Times New Roman font, 14 point, in compliance with LR 5.1(C) of this Court.

/s/ Melissa Malcom
Melissa Malcom

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| HEATHER MAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | |
| v. | ) | 1:11-CV-3160 |
| | ) | |
| CITY OF JONESBORO, GEORGIA | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2012, the foregoing **CONSENT MOTION TO DISMISS WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jack G. Slover, Jr.
Nichole L. Hair
Hall Booth Smith Slover, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia   30303

/s/ Melissa Malcom
Melissa Malcom
Georgia Bar No. 467011